IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**KEVIN GROSS**

   **Plaintiff**

v.     CIVIL NO. JKB-16-2781

**ITT TECHNICAL INSTITUTE**

   **Defendant**

## ORDER

Defendant having filed bankruptcy proceedings in which an automatic stay has been issued, it is, this 26th day of September, 2016,

ORDERED that this action be administratively closed without prejudice to the right of plaintiff to move to reopen this action for good cause shown.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge